# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TREVA KIRKBRIDE, ) <br> as Trustee of the R and K Trust, ) <br> on behalf of herself and classes of ) <br> similarly situated persons, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTERO RESOURCES CORPORATION ) <br> ) <br>     Defendant. ) | Case No. 2:23-cv-3212 |

## THE PARTIES' JOINT MOTION TO AMEND THE COURT'S PRELIMINARY PRETRIAL ORDER (ECF NO. 33)

Pursuant to F.R.C.P. 16(b)(4), Plaintiff Treva Kirkbride, as Trustee of the R and K Trust, on behalf of the trust and a class of similarly situated persons ("Plaintiff") and Defendant Antero Resources Corporation ("Antero") (collectively, the "Parties"), through their undersigned counsel, hereby jointly move this Court to amend the discovery deadlines set forth in the Court's May 9, 2024 Preliminary Pretrial Order to allow the Parties additional time to adequately complete the necessary discovery and depositions. (ECF No. 33).

The Parties have met and conferred regarding the relief set forth in the present motion and agree to the relief requested herein. There have been no prior requests to extend discovery or otherwise amend the Court's Preliminary Pretrial Order, and the Parties do not anticipate that any further extensions to existing deadlines will be required.

For good cause shown, the Parties respectfully ask the Court for a 90-day extension of time to the discovery deadlines set forth in the Preliminary Pretrial Order. In support of this joint motion, the Parties state as follows:

1.  Federal Rule of Civil Procedure 16(a) sets forth the procedure for drafting and amending the Preliminary Pretrial Order for the purpose of "improving the quality of the trial through more thorough preparation" among other goals. Rule 16(b) permits a party to amend a schedule with the Judge's consent for good cause shown.

2.  Since the Court issued its May 9, 2024 Preliminary Pretrial Order, the Parties have diligently engaged in the discovery process which has included the production of thousands of pages of documents over numerous, separate document productions. The Plaintiff has also circulated a draft of a proposed Rule 30(6) Deposition Notice of Antero, and the Parties are currently conferring in good faith regarding the scheduling and scope of the Rule 30(b)(6) Deposition of Antero.

3.  Good cause exists to grant the jointly requested extension. The requested extensions will not prejudice either party, and will allow for a more thoroughly prepared presentation of the disputed issues in this litigation.

Specifically, the Parties request the following amendments to the Court's May 9, 2024 Preliminary Pretrial Order:

| Event | Old Deadline | Proposed New Deadline |
|---|---|---|
| Fact Discovery | January 20, 2025 | April 21, 2025 |
| Expert Discovery | April 24, 2025 | July 23, 2025 |
| Plaintiff's Expert Reports | February 21, 2025 | May 22, 2025 |

| | | |
|---|---|---|
| Defendant's Expert Reports | March 25, 2025 | June 23, 2025 |
| Motion for Class Certification | May 26, 2025 | August 25, 2025 |
| Opposition to Motion for Class Certification | June 27, 2025 | September 26, 2025 |
| Any Reply to Motion for Class Certification | July 11, 2025 | October 10, 2025 |

Dated: December 30, 2024

/s/ George A. Barton
George A. Barton (*pro hac vice*)
Stacy A. Burrows (*pro hac vice*)
**BARTON AND BURROWS, LLC**
5201 Johnson Drive, Suite 110
Mission, Kansas 66205
Tel: (913) 563-6250
Email: george@bartonburrows.com
        stacy@bartonburrows.com


Clifford N. Sickler (0018853)
**Sickler Law Office, LLC**
508 North Street
Caldwell, OH 43724
cliff@sicklerlawoffice.com

**ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASS**

/s/Saunders McElroy
Daniel T. Donovan, P.C. (0067833)
Ragan Naresh, P.C. (*pro hac vice*)
Holly Trogdon (*pro hac vice*)
Saunders McElroy (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389 5000
Fax: (202) 389 5200
daniel.donovan@kirkland.com
ragan.naresh@kirkland.com
holly.trogdon@kirkland.com
saunders.mcelroy@kirkland.com

Timothy B. McGranor (0072365)
Ilya Batikov (0087968)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
Tel: (614) 464-6400
Fax: (614) 719-4954
tbmcgranor@vorys.com
ibatikov@vorys.com

**ATTORNEYS FOR DEFENDANT ANTERO RESOURCES CORPORATION**

3